

Raul Montelongo Gomez, Long Beach, CA, pro se.

Kurt B. Larson, Esquire, Stacy Stiffel Paddack, U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Raul Montelongo Gomez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Cardoso–Tlaseca v. Gonzales,* 460 F.3d 1102,

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1106 (9th Cir.2006). We deny the petition for review.

The BIA did not abuse its discretion by denying Gomez's motion to reopen because the BIA considered the evidence Gomez submitted and acted within its broad discretion in determining that the evidence was insufficient to warrant reopening. *See Oh v. Gonzales,* 406 F.3d 611, 612 (9th Cir.2005) (holding that abuse of discretion will be found when denial of motion was arbitrary, irrational, or contrary to law).

**PETITION FOR REVIEW DENIED.**

**Rocio Delgado RIVERA, Petitioner,**

**v.**

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 07–72505.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 2, 2009.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA considered the new evidence offered by Rivera, determined that the evidence did not establish a prima facie showing of exceptional and extremely unusual hardship to Rivera's qualifying relative, and acted within its broad discretion in determining that the evidence was insufficient to warrant reopening. *See Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir.2002) (the BIA's denial of a motion to reopen shall be reversed only if it is "arbitrary, irrational, or contrary to law").

**PETITION FOR REVIEW DENIED.**

Jorge Ivan Rodriguez–Choi, Esquire, Law Offices of Jorge Rodriguez–Choi, Oakland, CA, for Petitioner.

Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Jennifer L. Lightbody, Esquire, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Rocio Delgado Rivera, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen. We have jurisdiction under 8 U.S.C. § 1252.

** This disposition is not appropriate for publi-

**Rony DJOENAEDI, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–72700.

United States Court of Appeals, Ninth Circuit.

cation and is not precedent except as provid-

Submitted Sept. 14, 2009.*

Filed Oct. 2, 2009.

ed by 9th Cir. R. 36–3.

Gihan L. Thomas, Esquire, Law Offices of Gihan L. Thomas, Los Angeles, CA, for Petitioner.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).